UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jocelyn Davis, | No. C 04-0632 WDB |
|     Plaintiff, | ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE |
|   v. | |
| KMART Holding Company, | |
|     Defendant(s). _____ / | |

    The Court hereby refers this case to a United States Magistrate Judge for the purpose of conducting a Settlement Conference. The Settlement Conference should occur in the latter half of August, 2005.

    IT IS SO ORDERED.

Dated:   June 7, 2005                    /s/  Wayne D. Brazil
                                                     WAYNE D. BRAZIL
                                                     United States Magistrate Judge

Copies to:
Parties, WDB, Wings.

1