Howard Moore, Jr., State Bar No. 55228
Moore and Moore
445 Bellevue Avenue, Second Floor
Oakland California 94610-4924
Telephone: 510.451.0104
Facsimile: 510.451.5056

Attorneys for Plaintiff,
JOCELYN DAVIS


Steven R. Blackburn, State Bar No. 154797
Lori Bien, State Bar No. 189283
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant,
KMART CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JOCELYN DAVIS, | CASE NO. C 04 0632 WDB |
| Plaintiff, | E-Filing Case |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUT-OFF AND DEADLINE FOR HEARING DISPOSITIVE MOTIONS** |
| KMART HOLDING COMPANY, a corporation dba KMART and dba KMART SUPERSTORES, and DOES ONE THROUGH TWENTY, inclusive, | |
| Defendants. | |

Plaintiff Jocelyn Davis ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by and through their undersigned counsel of record, herby stipulate and agree to the following:

1. The Court's Pre-Trial Order sets August 2, 2005 as the deadline for conducting all non-expert discovery and August 16, 2005 as the last day for a hearing on any dispositive

---

SF:68987v1  Stipulation Re: Deadlines for Non-Expert Discovery and Dispositive Motion Hearings
Case No. C 04 0632 WDB

motions.

2. Defendant has filed a Motion for Partial Summary Judgment which has been noticed for hearing on August 16, 2005.

3. Given this hearing date, Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment is due July 26, 2005 and Defendant's must file its Reply by August 2, 2005.

4. Plaintiff timely noticed the depositions of witnesses she believes are essential to preparation of her Opposition to the Motion for Partial Summary Judgment, as well as to the trial on the merits. Plaintiff has not been able to depose these witnesses, through no fault on the part of either party, in that, among other things: Jim Forwood, Operations Manager at the store in which Plaintiff was employed, works at a different store in the Bay Area; Kelly Winters, Store Manager where Plaintiff was employed, now lives and works in San Diego, California; and Susan Duncan, a member of a different ethnic group who allegedly assumed Plaintiff's duties and responsibilities, recently relocated to Miami, Florida.

5. By agreement of the parties, the depositions of Mr. Forwood and Ms. Duncan are set for August 2, 2005, with Ms. Duncan to be deposed by telephone from Miami.

6. Ms. Winters' deposition has been scheduled for August 11, 2005, to accommodate her vacation.

7. Since Ms. Winters cannot be deposed until August 11, 2005, the parties agree and hereby request that the Court extend the deadline for conducting non-expert discovery to that date and reschedule the hearing on Defendant's Motion for Partial Summary Judgment to August 30, 2005.

8. The parties further agree and request that Plaintiff shall file her Opposition to Defendant's Motion for Partial Summary Judgment by August 18, 2005 and Defendant shall file its Reply to Plaintiff's Opposition by August 23, 2005.

**WHEREFORE,** the parties hereby stipulate and agree that the non-expert discovery deadline be extended to August 11, 2005 and that the deadline for hearing dispositive motions be extended to August 30, 2005. The parties further stipulate and agree that Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment shall be filed by August 18, 2005 and

1  Defendant's Reply shall be filed by August 23, 2005.

4  DATED: July 25, 2005                MOORE AND MOORE

6                                       By: _____/s/_____
                                            Howard Moore, Jr.

                                        Attorneys for Plaintiff
                                        JOCELYN DAVIS

11 DATED: July 25, 2005                EPSTEIN BECKER & GREEN, P.C.

13                                      By: _____/s/_____
                                            Steven R. Blackburn
                                            Lori Bien

                                        Attorneys for Defendant
                                        KMART CORPORATION

- 3 -

## ORDER

Pursuant to stipulation, it is so ordered that having reviewed the parties' request to change the deadlines for completion of non-expert discovery and the hearing of dispositive motions, the Court orders that:

1. The deadline for completion of non-expert discovery shall be extended to August 11, 2005.

2. The deadline for hearing dispositive motions shall be extended to ~~August 30, 2005.~~ September 1, 2005.

3. Defendant's Motion for Partial Summary Judgment shall be heard on ~~August 30, 2005.~~ September 1, 2005, at 1:00 p.m.

4. Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment shall be filed and served by August 18, 2005.

5. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment shall be filed and served by August 23, 2005.

DATED: July 27, 2005

IT IS SO ORDERED AS MODIFIED
Judge Wayne D. Brazil

The Honorable Wayne D. Brazil
United States Magistrate Judge