1  HOWARD MOORE, JR., SBN 55228
   Moore and Moore
2  445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
3  Telephone:    (510) 451-0104
   Facsimile:    (510) 451-5056
4  Email:        Moorlaw@aol.com

5  Attorneys for Plaintiff, Joycelyn Davis

6  Steven R. Blackburn, SBN 154797
   Lori Bien, SBN 189283
7  Epstein Becker & Green, P.C.
   One California Street, 26th Floor
8  San Francisco, California 94111-5427
   Telephone:    (415) 398-3500
9  Facsimile:    (415) 398-0955

10 Attorneys for Defendant, KMART HOLDING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JOYCELYN DAVIS, | ) | Case No. C04-0632-WDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION & |
| vs. | ) | ORDER TO ALLOW DEPOSITION |
| | ) | DISCOVERY TO BE CONDUCTED |
| KMART HOLDING COMPANY, a | ) | VIA TELEPHONE |
| CORPORATION dba KMART and | ) | |
| KMART SUPERSTORES, and | ) | |
| DOES ONE THROUGH TWENTY, | ) | |
| Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

   Whereas, Rule 30(b)(7) of the Federal Rules of Civil Procedure, in part, provides that the parties to a civil action "may upon stipulation in writing or the court may upon motion order that a deposition be taken by telephone or other remote electronic means;" and

   Whereas, Plaintiff has previously noticed the deposition of Susan Duncan who works and resides in southern Florida to be taken by telephone on August 2, 2005, beginning at

---

Stipulation & (Proposed) Order to Allow Deposition Discovery to be Conducted Via Telephone.
Davis v. KMART Holding Company, et al   Case No. C04 0632 WDB

1  10:00 a.m., PDT, and Defendant has agreed to allow Plaintiff to take Ms. Duncan's
2  deposition via telephone,
3      Therefore, the parties herein, through and by their undersigned counsel of record,
4  stipulate and agree to take depositions via telephone on such terms and conditions as they
5  may agree upon from time-to-time, including the deposition of Susan Duncan, and hereby
6  further agree and stipulate to entry of an order allowing the parties to conduct deposition
7  discovery in this civil action via telephone.

                                            Moore and Moore
                                            Attorneys for Plaintiff

Dated: July 28, 2005

                                            By:_____
                                                HOWARD MOORE, JR.

                                            Epstein Becker & Green, P.C.
                                            Attorneys for Defendant

Dated: July ___, 2005

                                            By:_____
                                                LORI BIEN

## ORDER

    Pursuant to Stipulation: IT IS SO ORDERED.

Dated: July 29, 2005

                                            _____
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

Stipulation & (Proposed) Order to Allow Deposition Discovery to be Conducted Via Telephone.
Davis v. KMART Holding Company, et al    Case No. C04 0632 WDB

2