UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jocelyn Davis, | No. C 04-0632 WDB |
|     Plaintiff, | ORDER |
|     v. | |
| KMART Holding Company, | |
|     Defendant(s). | |

Trial is scheduled to begin in this case on October 11, 2005. Because Magistrate Judge James (the Magistrate Judge to whom this case was referred for a Settlement Conference) does not have an open settlement conference slot between now and October 11, 2005, the Court hereby VACATES the settlement conference referral.

Instead, the Court refers this case to the ADR Department for a mediation. The mediation should occur during the month of September, 2005.

IT IS SO ORDERED.

Dated: August 5, 2005

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Wings, ADR, MEJ

1