Howard Moore, Jr., State Bar No. 55228
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland California 94610-4924
Telephone: 510.451.0104
Facsimile: 510.451.5056

Attorneys for Plaintiff,
JOCELYN DAVIS

Steven R. Blackburn, State Bar No. 154797
Lori Bien, State Bar No. 189283
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955

Attorneys for Defendant,
KMART CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOCELYN DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>KMART HOLDING COMPANY, a corporation dba KMART and dba KMART SUPERSTORES, and DOES ONE THROUGH TWENTY, inclusive,<br><br>Defendants. | CASE NO. C 04 0632 WDB<br><br>E-Filing Case<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCOVERY CUT-OFF AND DEADLINE FOR EXCHANGE OF EXPERT REPORTS |

Plaintiff Jocelyn Davis ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1. The Court's Pre-Trial Order set August 2, 2005 as the deadline for disclosure of expert witnesses, if any, and the exchange of expert reports, if any.

2. The Court, *sua sponte*, reset the deadline for disclosing experts and exchanging expert reports to August 11, 2005.

---

SF:69489v1     Stipulation and [Proposed] Order Re: Expert Discovery and Exchange of Expert Reports
Case No. C 04 0632 WDB

3.  The Court's Pre-Trial Order sets September 2, 2005 as the deadline for completing expert discovery.

4.  Neither party is certain at this point if it wants to retain the services of an expert in this case. Both parties are in agreement, however, that they do not want to incur the cost of preparing an expert report in this matter unless it is absolutely necessary to do so.

5.  The parties therefore agree and request that the deadline for the exchange of expert reports and the completion of discovery from experts be extended from August 11, 2005 to September 16, 2005.

**WHEREFORE,** the parties hereby stipulate and agree that the deadlines for expert discovery and the exchange of expert reports be extended to September 16, 2005.

DATED: August 5, 2005          MOORE AND MOORE

                                By:    /s/
                                    Howard Moore, Jr.

                                Attorneys for Plaintiff
                                JOCELYN DAVIS


DATED: August 5, 2005          EPSTEIN BECKER & GREEN, P.C.

                                By:    /s/
                                    Steven R. Blackburn
                                    Lori Bien

                                Attorneys for Defendant
                                KMART CORPORATION

**ORDER**

Pursuant to stipulation, it is so ordered that having reviewed the parties' request to change the deadline for completion of expert discovery and the exchange of expert reports, the Court orders that:

1. The deadline for completion of expert discovery shall be extended to September 16, 2005.

2. The deadline for the exchange of expert reports shall also be extended to September 16, 2005.

DATED: August 5, 2005

_____
The Honorable Wayne D. Brazil
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*