HOWARD MOORE, JR., SBN 55228
Moore and Moore
445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Email: Moorlaw@aol.com

Attorneys for Plaintiff, Joycelyn Davis

Steven R. Blackburn, SBN 154797
Lori Bien, SBN 189283
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant, KMART HOLDING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOYCELYN DAVIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KMART HOLDING COMPANY, a corporation dba KMART and KMART SUPERSTORES, and DOES ONE THROUGH TWENTY, Inclusive,<br><br>　　　　　Defendants. | Case No. C04-0632-WDB<br><br>STIPULATION &<br>ORDER TO EXTEND TIME IN WHICH PLAINTIFF MAY FILE HER OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT AND EXTEND TIME IN WHICH DEFENDANT MAY FILE ITS REPLY BRIEF |

　　　　Whereas, Plaintiff's opposition to Defendant's motion for partial summary judgment is due to be efiled on August 18, 2005, and Defendant's reply, if any, is due to be efiled on August 23, 2005, and the motion is to be heard on September 1, 2005;

　　　　Whereas, the transcripts of the depositions of Kelly Winters, Jim Forwood aka Jim Furwood, and Susan Duncan who are essential and material witnesses are not yet available

1 so that they may be used in the opposition and reply to the pending motion for partial
2 summary judgment; and
3     Whereas, Plaintiff is making and has made reasonable efforts to obtain the
4 transcripts of these depositions in a timely manner without incurring extraordinary expense,
5     Therefore, the parties herein, through and by their undersigned counsel of record,
6 stipulate and agree to: (1) extend the time in which Plaintiff may file her opposition to and
7 include Tuesday, August 23, 2005; and to (2) to extend the time in which Defendant may
8 file its reply brief, if any, to and include Friday, August 26, 2005.

Moore and Moore
Attorneys for Plaintiff

Dated: August 17, 2005

By: ___s/_____
    HOWARD MOORE, JR.

Epstein Becker & Green, P.C.
Attorneys for Defendant

Dated: August __, 2005

By: ___s/_____
    LORI BIEN

ORDER

The Court approves the parties' stipulation. The court ALSO hereby continues the date for hearing of defendant's motion to September 14, 2005, at 2:30 p.m.

Dated: August 18, 2005

*IT IS SO ORDERED AS MODIFIED*
/s/ Wayne D. Brazil
Judge Wayne D. Brazil

---

Stipulation & (Proposed) Order to Extend Time in which to Briefs re Motion for Partial Summary Judgment
Davis v. KMART Holding Company, et al     Case No. C04 0632 WDB

2