HOWARD MOORE, JR., SBN 55228
Moore and Moore
445 Bellevue Avenue, Second Floor
Oakland, California 94610–4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Email: MoorLaw@aol.com

Attorney for Plaintiff, JOCELYN DAVIS

Steven R. Blackburn, SBN 154797
Lori Bien, SBN 189283
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant, KMART HOLDING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOYCELYN DAVIS,<br><br>           Plaintiff,<br><br>vs.<br><br>KMART HOLDING COMPANY, a corporation dba KMART and KMART SUPERSTORES, and DOES ONE THROUGH TWENTY, Inclusive,<br><br>           Defendants. | Case No. C04-0632-WDB<br><br>STIPULATION TO DISMISS CIVIL ACTION WITH PREJUDICE AND ORDER THEREON<br><br>[Rule 41, FRCP] |

    Notice is hereby given that the parties to the above-entitled civil action through their counsel of record hereby stipulate to entry of an immediate order dismissing this civil action in its entirety with prejudice.

Dated: September 30, 2005
                                                         *s/Howard Moore, Jr.*
                                                         **HOWARD MOORE, JR.**
                                                         Attorney for Plaintiff

|   |   |
|---|---|
| 1 | EPSTEIN BECKER & GREEN, PC |
| 2 | |
| | Dated: September 30 , 2005 |
| 3 | |
| 4 | By: *s/ LORI BIEN* |
| | **LORI BIEN** |
| | Attorneys for Defendant |

Jocelyn Davis v. KMART Holding Company, et al   Case No. C04-0632-WDB
Stipulation and Order to Dismiss Civil Action with Prejudice

2

HOWARD MOORE, JR., SBN 55228
Moore and Moore
445 Bellevue Avenue, Second Floor
Oakland, California 94610–4924
Telephone: (510) 451-0104
Facsimile: (510) 451-5056
Email: MoorLaw@aol.com

Attorney for Plaintiff, JOCELYN DAVIS

Steven R. Blackburn, SBN 154797
Lori Bien, SBN 189283
Epstein Becker & Green, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: (415) 398-3500
Facsimile: (415) 398-0955

Attorneys for Defendant, KMART HOLDING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOYCELYN DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KMART HOLDING COMPANY, a corporation dba KMART and KMART SUPERSTORES, and DOES ONE THROUGH TWENTY, Inclusive,<br><br>    Defendants. | Case No. C04-0632-WDB<br><br>ORDER PURSUANT TO STIPULATION TO DISMISS CIVIL ACTION WITH PREJUDICE<br><br>[Rule 41, FRCP] |

Pursuant to Stipulation:

IT IS ORDERED that this action is dismissed with prejudice and hereby closed and removed from the active calendar of this Court.

Dated: October 7, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge

IT IS SO ORDERED
Judge Wayne D. Brazil